BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
RACHEL J. FELDMAN (SBN 246394)
rfeldman@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendant
TIME WARNER CABLE LLC

FILED
11 FEB 25 PM 3:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAIME CALZADA; MIGUEL CALZADA; and CHERYL BACA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

TIME WARNER CABLE LLC, a Delaware Corporation, and DOES 1 through 100, Inclusive,

Defendant.

No. CV11-01701 MMM(JCGx)

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Time Warner Cable LLC ("TWC") filed a Notice of Removal of this action in the United States District Court for the Central District of California on February 25, 2011. TWC removed this action to the United States District Court under 28 U.S.C. §§ 1332(d)(2), 1441(a) and 1453(b).

Dated: February 25, 2011

WHITE & CASE LLP

By: ______________________
Bryan A. Merryman
Attorneys for Defendant
TIME WARNER CABLE LLC

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 W. Fifth Street, Suite 1900, Los Angeles, CA 90071-2007. I am employed by a member of the Bar of this Court at whose direction the service was made.

On February 25, 2011, I served the foregoing document(s) described as **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** on the person(s) below, as follows:

David Griefinger, Esq.
1801 Ocean Park Blvd., Suite 201
Santa Monica, CA 90405
Phone: (310)452-7923
Fax: (310) 450-4715
Email: tracklaw@verizon.net

Attorneys for Plaintiff

Howard A. Goldstein, Esq.
Law Offices of Howard A. Goldstein
13701 Riverside Drive, Suite 608,
Sherman Oaks, CA 91423
Phone: (818) 981-1010
Fax: (818) 981-1311
Email: lohag@att.net

Attorneys for Plaintiff

Kenneth M. Lipton, Esq.
5900 Sepulveda Blvd., Suite 400
Van Nuys, CA 91411
Phone: (818) 780-2580

Attorneys for Plaintiff

[X] **(BY MAIL)** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing at 633 W. Fifth St., Suite 1900, Los Angeles, California, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

[ ] **(BY OVERNIGHT DELIVERY)** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or delivered it to an authorized courier or driver authorized by the carrier to receive documents, with delivery fees paid.

[ ] **(BY PERSONAL SERVICE)** I personally delivered the document(s) to the person(s) at the address(es) listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the document(s) in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the document(s) at the party's residence with some person not less than 18 years of age between the hours of 8:00 a.m. and 6:00 p.m.

[ ] **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I transmitted the document(s) electronically to the person(s) at the e-mail address(es) listed above. The transmission was reported as complete and without error.

Executed on February 25, 2011, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Charlene Ephraim