UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-1701-DMG (JCGx) | Date | August 8, 2011 |
| Title | Jaime Calzada, et al.  v.  Time Warner Cable LLC, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Greifinger<br>Kenneth M. Lipton | Bryan A. Merryman |

**Proceedings:**   **SCHEDULING CONFERENCE**

Cause called and appearances made as stated above.  Court and counsel confer.

Scheduling Conference held.  Based upon the statements made today on the record, the court hereby sets the Final Pretrial Conference for *September 4, 2012 at 2:00 p.m.* and the Jury Trial date is set for *September 25, 2012 at 8:30 a.m. (Est. 7 days).*

The Court issues the scheduling and case management order with further deadlines.  Counsel are reminded of their obligations and requirements to timely and fully comply with all orders.

IT IS SO ORDERED.

*0:10*