Mike Arias, Esq. (SBN 115385)
Mark A. Ozzello (SBN 116595)
**ARIAS OZZELLO & GIGNAC LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 670-1600
Facsimile:  (310) 670-1231
marias@aogllp.com
mozzello@aogllp.com

[Additional Plaintiff's Counsel Listed on Signature Page]

Attorneys for Plaintiffs

BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
RACHEL J. FELDMAN (SBN 246394)
rfeldman@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329

Attorneys for Defendant
TIME WARNER CABLE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| MIGUEL CALZADA, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>TIME WARNER CABLE LLC et al., <br><br>Defendants. | Case No.: 2:11-cv-01701-DMG-(JCGx) <br><br> Honorable Dolly M. Gee <br>Courtroom: 7 <br><br> **STIPULATION CONTINUING FILING DATES FOR MOTION FOR CLASS CERTIFICATION** <br><br> Date:  January 6, 2012 <br>Time: TBD <br>Ctrm: 7 |

Removed on: February 25, 2011
Trial Date: None set

COME NOW Plaintiff and Defendant, through their respective counsel of record, agree and stipulate as follows:

WHEREAS, the parties have met and conferred on scheduling issues and have agreed to modify the briefing schedule for Plaintiff's Motion for Class Certification;

WHEREAS, The previously scheduled hearing date for Plaintiff's Motion for Class Certification and all other deadlines shall remain the same;

WHEREAS, in light of Defendant agreeing to extend Plaintiff's time to file his Motion for Class Certification, Plaintiff agrees that he will not notice or take any additional depositions before filing his Motion for Class Certification other than those already noticed;

WHEREAS, in light of Defendant agreeing to a shortened time in which it may prepare and serve its opposition to Plaintiff's Motion for Class Certification, Plaintiff agrees that, if he intends to rely on expert testimony in support of his motion, he will voluntarily produce any expert on which he relies for a deposition no later than December 5, 2011.

THEREFORE, the Parties STIPULATE AND AGREE:

1. Plaintiff shall file his Motion for Class Certification on or before November 18, 2011;

2. Defendant shall file its opposing papers to the Motion for Class Certification by December 12, 2011;

3. Plaintiff shall file his reply papers by December 23, 2011; and,

/ / /

4.  The Hearing on the Motion For Class Certification shall remain on January 6, 2012.

Dated: November 4, 2011  ARIAS OZZELLO & GIGNAC LLP

By: */s/ Mark A. Ozzello*
MIKE ARIAS
MARK A. OZZELLO

David R. Greifinger
LAW OFFICES OF DAVID R. GREIFINGER

Howard A. Goldstein
LAW OFFICES OF HOWARD A. GOLDSTEIN

Kenneth M. Lipton
LAW OFFICES OF KENNETH M. LIPTON

Attorneys for Plaintiffs

Dated: November 4, 2011  WHITE & CASE LLP

By: */s/ Bryan A. Merryman*
BRYAN A. MERRYMAN
RACHEL J. FELDMAN

Attorneys for Defendant
TIME WARNER CABLE LLC