Mark A. Ozzello, Esq. (CSB # 116595)
Mike Arias, Esq. (CSB #115385)
**ARIAS, OZZELLO & GIGNAC, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 670-1600
Facsimile: (310) 670-1231
e-mail (Mark Ozzello): mozzello@aogllp.com

David Greifinger, Attorney at Law (CSB # 105242)
1801 Ocean Park Blvd., Suite 201
Santa Monica, California 90405
Telephone (310) 452-7923 Facsimile (310) 450-4715
e-mail: tracklaw@verizon.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| MIGUEL CALZADA,<br><br>　　　　　Plaintiff,<br>v.<br>TIME WARNER CABLE LLC, and DOES 1 through 100, Inclusive,<br>　　　　　Defendants. | CASE NO. CV 01701-DMG (JCGx)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION BY PLAINTIFF MIGUEL CALZADA**<br><br>(F.R.C.P. 41(a))<br><br>**Honorable Dolly M. Gee** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:**

　　　　**PLEASE TAKE NOTICE** that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action stipulate to the voluntary dismissal, with prejudice, of the entire action.

//

//

//

---

STIPULATION FOR DISMISSAL OF COMPLAINT　　　　　　　　　　　　　　　　　1

| | | |
|---|---|---|
| 1 | Dated: January 4, 2012 | LAW OFFICES OF DAVID R. GREIFINGER |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | David Greifinger |
| | | Attorneys for Plaintiff |
| 6 | | |
| 7 | Dated: January 4, 2012 | WHITE & CASE LLP |
| 8 | | |
| 9 | | |
| 10 | | By: _____ |
| | | Bryan Merryman |
| 11 | | Attorneys for Defendant |

STIPULATION FOR DISMISSAL OF COMPLAINT

2