UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CALZADA; MIGUEL CALZADA; and CHERYL BACA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIME WARNER CABLE LLC, a Delaware Corporation, and DOES 1 through 100, Inclusive,<br><br>Defendant. | No. 2:11-CV-01701-DMG-JCG<br><br>**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# **ORDER**

After considering the parties' joint stipulation for voluntary dismissal of the entire action by plaintiff Miguel Calzada pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court hereby orders this action be dismissed, with prejudice.

Dated: January ___, 2012

_____
Hon. Dolly M. Gee
Judge of United States District Court

Submitted By:

WHITE & CASE LLP


By:   */s/ Bryan A. Merryman*
          Bryan A. Merryman

BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
RACHEL J. FELDMAN (SBN 246394)
rfeldman@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329

Attorneys for Defendant
TIME WARNER CABLE LLC