UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                        **JS-6**

| | | | |
|---|---|---|---|
| Case No. | **CV 11-1701-DMG (JCGx)** | Date | January 5, 2012 |

| | |
|---|---|
| Title | Jaime Calzada et al v. Time Warner Cable LLC et al |

Present: The Honorable     DOLLY M. GEE.,  UNITED STATES DISTRICT JUDGE

| Isabel Martinez, Relief Clerk | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:     (IN CHAMBERS)     ORDER AND NOTICE TO ALL PARTIES**

In light of the settlement of the case, this action is placed in inactive status.

By  February 3, 2012, the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.   Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of  February 6, 2012.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  The Motion to Certify Class is hereby DENIED as moot.  All pretrial and trial dates are hereby VACATED.

IT IS SO ORDERED.